July 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00064-CV

TEXAS SOUTHERN UNIVERSITY, Appellant

V.

WESTWOOD RESTORATION, LLC, Appellee

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellant, Texas Southern University, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered July 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.